**IT IS SO ORDERED**
*Judge James Ware*
5/11/2009

DONALD J. QUERIO (State Bar No. 54367)
JASON M. JULIAN (State Bar No. 215342)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
AMERICA'S SERVICING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELAINE SUVA,<br><br>  Plaintiff,<br><br>vs.<br><br>LIME FINANCIAL SERVICES, LTD. et al.,<br><br>  Defendants. | Case No.: C 09 01536 JW<br><br>**STIPULATION TO EXTEND TIME FOR AMERICA'S SERVICING COMPANY TO FILE ITS RESPONSIVE PLEADING TO COMPLAINT**<br><br>Judge:   Hon. James Ware |

Plaintiff ELAINE SUVA, and defendant America's Servicing Company ("ASC") through its counsel, hereby stipulate pursuant to Local Rule 6-1(a) to extend the time within which defendant ASC must file its responsive pleading to the complaint on file in this matter. The parties hereby stipulate that ASC has up to and including **June 4, 2009** to file any such responsive pleading.

This Stipulation may be signed in multiple counterparts, each of which shall be deemed an original, but all of which, taken together, shall constitute one and the same stipulation.

---

22222/2222/729176.1

STIPULATION TO EXTEND TIME
Case No. C 09 01536 JW

1 | SO STIPULATED.

3 | DATED: May 4, 2009          SEVERSON & WERSON
                                A Professional Corporation

                                By: _____
                                    JASON M. JULIAN
                                    Attorneys for Defendant
                                    America's Servicing Company

10 | DATED: May ___, 2009

                                By: _____
                                    RONALD V. UY
                                    Attorney for Plaintiff Elaine Suva

1  SO STIPULATED.

3  DATED: May ___, 2009

                                                SEVERSON & WERSON
                                                A Professional Corporation

                                                By: _____
                                                     JASON M. JULIAN
                                                     Attorneys for Defendant
                                                     America's Servicing Company

10  DATED: May 4, 2009

                                                By: _____
                                                   RONALD V. UY
                                                   Attorney for Plaintiff Elaine Suva

22222/2222/729176.1

- 2 -