IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elaine Suva, | NO. C 09-01536 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| Lime Financial Services, Ltd., et al., | |
|     Defendants. / | |

Pursuant to the Court's November 3, 2009 Order Granting Defendants' Motions to Dismiss With Prejudice, judgment is entered in favor of Defendants Lime Financial Services, Ltd., Wells Fargo Bank, N.A., dba America's Servicing Company, NDEX West LLC, and U.S. Bank National Association, against Plaintiff Elaine Suva as to the following federal claims: (1) Violation of the Truth in Lending Act, 15 U.S.C. §§ 1601, *et seq.*; (2) Violation of the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.*;

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: November 3, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason M. Julian jmj@severson.com
Jonathan Michael Zak jzak@wrightlegal.net
Ronald Veridiano Uy rvulaw1@yahoo.com
William Joseph Idleman widleman@wrightlegal.net

**Dated: November 3, 2009**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**